

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| RODOLFO RUIZ, | § | No. 08-24-00032-CR |
| Appellant, | § | Appeal from the |
| v. | § | 81st Judicial District Court |
| | § | of Wilson County, Texas |
| THE STATE OF TEXAS<br>Appellee. | § | (TC# CRW2107132) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgments of conviction but a clerical error appears in the judgment of acquittal. We therefore affirm the judgments of conviction and we modify the judgment of acquittal. The judgment of acquittal is modified to reflect that the charged offense was aggravated assault of a public servant, not evading arrest or detention with a vehicle. *See* Tex. R. App. P. 43.2(b). This decision shall be certified below for observance.

IT IS SO ORDERED THIS 13TH DAY OF NOVEMBER 2024.

GINA M. PALAFOX, Justice

Before Alley, C.J., Palafox, and Soto, JJ.